**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRYAN MADEIRA, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CONVERSE, INC. and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: EDCV 19-00154-CJC (SPx)<br><br><br>JUDGMENT |

In this case, Plaintiff Bryan Madeira claims multiple wage and hour violations against his former employer, Defendant Converse, Inc.  (Dkt. 29 [First Amended Complaint].)  Defendant moved for summary judgment on Plaintiff's First Amended Complaint.  Having considered the papers presented, the Court hereby **ORDERS** that:

1. Defendants' motion for summary judgment (Dkt. 65) is **GRANTED**.
2. Plaintiff shall take nothing on his complaint against Defendant.

3.  Judgment is hereby entered in favor of Defendant and against Plaintiff.


DATED:     January 11, 2022

                                    CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE