Name: Mikael Stahle, Kevin Wallantine, Kiran Prasad, Max Sloves
Address: 1230 Rosecrans Avenue, Suite 200
City, State, Zip: Manhattan Beach, California
Phone: (310) 531-1900
Fax: (310) 531-1901
E-Mail: mstahle@maternlawgroup.com; kprasad@maternlawgroup.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bryan Madeira

PLAINTIFF(S),

v.

CONVERSE, INC. and DOES 1-50, inclusive

DEFENDANT(S).

CASE NUMBER:

EDCV 19-00154-CJC (SPx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Bryan Madeira_____ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Order [Dkt. 71] Dated 1/11/22

☐ Other (specify):

Imposed or Filed on __01/11/2022__. Entered on the docket in this action on __01/11/2022__.

A copy of said judgment or order is attached hereto.

February 9, 2022                                      /s/Kiran Prasad
Date                                                  Signature
                                                      ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRYAN MADEIRA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CONVERSE, INC. and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: EDCV 19-00154-CJC (SPx)<br><br>JUDGMENT |

In this case, Plaintiff Bryan Madeira claims multiple wage and hour violations against his former employer, Defendant Converse, Inc. (Dkt. 29 [First Amended Complaint].) Defendant moved for summary judgment on Plaintiff's First Amended Complaint. Having considered the papers presented, the Court hereby **ORDERS** that:

1. Defendants' motion for summary judgment (Dkt. 65) is **GRANTED**.
2. Plaintiff shall take nothing on his complaint against Defendant.

3. Judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED: January 11, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Bryan Madeira

Name(s) of counsel (if any):

> Mikael Stahle, Kevin Wallantine, Kiran Prasad, and Max Sloves

Address: 1230 Rosecrans Avenue, Suite 200 Manhattan Beach, California 90266

Telephone number(s): (310) 531-1900

Email(s): mstahle@maternlawgroup.com, kprasad@maternlawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Converse, Inc.

Name(s) of counsel (if any):

> Jon D. Meer, Michael Afar

Address: 2029 Century Park East, Suite 3500

Telephone number(s): (310) 277-7200

Email(s): jmeer@seyfarth.com, afar@seyfarth.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                          1                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Converse, Inc.

Name(s) of counsel (if any):

Amanda I. Fry

Address: 601 South Figueroa Street, Suite 3300, Los Angeles, CA 90017

Telephone number(s): (213)-270-9600

Email(s): afry@seyfarth.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                              2                                     New 12/01/2018